# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western  ☐ St. Joseph | | Jackson County and elsewhere | ☒ Secret Indictment |
| ☐ Central  ☐ Southern | | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name    Ian Lee Cook
Alias Name
Birthdate    03/12/1993

**Related Case Information**

Superseding Indictment/Information  ☒ Yes  ☐ No  if yes, original case number **19-00406-01/18-W-CR-RK**

New Defendant  ☒ Yes  ☐ No

Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Bruce Rhoades

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody            Writ Required    ☐ Yes  ☒ No
☒ Currently on Bond                     Warrant Required ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute Meth and Heroin | 1 |
| 2 | 18:1956-6701.F/6701/4 | Conspiracy to Commit Money Laundering | 2 |

(May be continued on reverse)

Date  9/30/2020             Signature of AUSA   /s/ Bruce Rhoades