# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:19-cr-00406-RK-1 |
| KAMEL MAHGUB ELBURKI, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Lacon Marie Smith, counsel for Kamel Elburki, and moves this Court for an Order permitting her to withdraw as counsel for Mr. Elburki and to appoint new counsel for Defendant.

## SUGGESTIONS IN SUPPORT

1. Counsel for Defendant respectfully requests leave to withdraw, pursuant to Rule 1.16, due to a personal conflict that has developed which makes it impossible to continue representation and no prejudice will result to client.

2. The file is hereby rendered to replacement counsel when requested.

3. No refund is due. That which has been paid has been fully earned.

WHEREFORE, Lacon Marie Smith respectfully moves this Court for permission for leave to withdraw as counsel for Defendant Mr. Elburki and for an order appointing new counsel.

Respectfully submitted,

/s/ *Lacon Marie Smith*
Lacon Marie Smith
Missouri Bar No. 71658
*Attorney for Defendant*
Law Office of Lacon Marie Smith
The Hammons Tower
901 E. Saint Louis Street, Suite 105
Springfield, Missouri 65806
Telephone: (417) 861-7500
Facsimile: (417) 712-7614
Email: smith@smithcriminaldefense.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Assistant U.S. Attorney.

/s/ *Lacon Marie Smith*