In The United States District Court For The
Western District Of Missouri
Western Division

United States Of America
    Plaintiff,

v.                                  Case No: 19-00406-01/19-W-CR-RK

Kamel M. Elburki
    Defendant,

Motion Requesting Ex-Parte Hearing For Government Misconduct, Misconduct Before A Grand Jury Proceeding, Prosecutorial Candor To The Court.

Comes now the Defendant acting in Pro-se, respectfully request this Honorable Court to grant this motion requesting a Ex-Parte Hearing. The Defendant understands the seriousness of the aforementioned allegations in the requested motion for an Ex-Parte Hearing, and wish's to inform this Honorable Court that they are material to the case at hand and are not frivolous in nature. Not to be cryptic

the Defendant has Documents in his possession and copies in safe keeping of others to support these allegations and prove them to be factual. These Documents consist of emails to previous attorneys from the Government about the alleged indictment at hand, police reports, Court transcripts, among other Documents. Again the Defendant apologizes to this Honorable Court for being cryptic. The Defendant believes that these Documents once brought before the Court's attention and explained would be shocking to the Universal sense of Justice. The actions of misconduct taken by the Government has been injurious in many respects, its actions have also undermined the integrity of this Judicial System.

  The Defendant prays this Honorable Court grants this motion for an Ex-Parte Hearing. The Defendant would agree if this Honorable Court would allow it, to hold the requested Ex-Parte hearing via Video Conference. The Defendant would like to thank this Honorable

Court in advance for it's time in considering this motion.

Respectfully Submitted,
Kamel M. Elburki
*Kamel M. Elburki*

I, Kamel M. Elburki declare under the penalty of perjury that the above foregoing information is true and correct. Executed on this 28th day of May of 2021.

Kamel M. Elburki
*Kamel M. Elburki*

Clerk of Court, 05/28/2021

    Will you please file this pro-se motion in its perspective court room. As well as request the Honorable court to schedule a hearing as soon as possible. I would like to thank you in advance for your help and assitance in this matter.

                      Sincerely~

                      *[signature]*

Kamel M. Elburki
6 West Ft. Scott St
Butler, Mo
64730

