IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19-cr-00406-RK |
| (1) KAMEL MAHGUB ELBURKI, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 1, 2023, Magistrate Judge W. Brian Gaddy issued a Report and Recommendation (Doc. 736) to deny Defendant Kamel Mahgub Elburki's motion for leave to file a Rule 12 motion to dismiss out of time (Doc. 617). Defendant Elburki filed pro se objections to the Report and Recommendation on May 11, 2023. (Doc. 756.)[1] The Court granted Defendant Elburki's new CJA-appointed counsel several extensions (including a couple weekslong extensions unopposed by the Government). (Docs. 767, 795.) Most recently, the Court granted in part Defendant Elburki's third motion for an extension of time to object to the Report and Recommendation, making any such objection due September 4, 2023. (Doc. 822.) No further objection was filed and the time for doing so has passed.

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts and adopts the findings and recommendation made by Magistrate Judge Gaddy in full. Accordingly, the Court **ORDERS** that: (1) the Report and Recommendation (Doc. 736) is **ADOPTED**; (2) Defendant Elburki's pro se objection (Doc. 756) is **OVERRULED**; and (3) Defendant Elburki's motion for leave to file a Rule 12 motion out of time (Doc. 617) is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 7, 2023

---

[1] While Defendant Elburki was represented by CJA-appointed counsel regarding the motion for leave to file a Rule 12 motion out of time, on May 10, 2023, Judge Gaddy granted CJA counsel's motion for leave to withdraw and appointed new CJA counsel on May 12, 2023. (*See* Docs. 755, 757.)