IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cr-00406-RK-1 |
| | ) | |
| KAMEL MAHGUB ELBURKI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the Report and Recommendation prepared by Magistrate Judge W. Brian Gaddy on October 6, 2022. (Doc. 931.) Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id.* After reviewing the record, it is **ORDERED** that Judge Gaddy's Report and Recommendation is adopted in its entirety, and the Court finds that Defendant is mentally competent to proceed.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 19, 2024